T. THOMAS FORTUNE, Respondent, *v.* JAMES TRAINOR, Appellant.

(Argued March 5, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 29, 1892, which affirmed a judgment in favor of

_____

* 29 N. Y. S. R. 617; 9 N. Y. Supp. 33; *Mem. of decision*, 55 Hun, 612.
† 70 Hun, 334.

plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Julius Lehmann* for appellant.

*T. McCants Stewart* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.